| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | Ronald | W. | Houchins |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: Northern District of Georgia | | | |
| Case number | 17-11189-whd | | |

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NOOGA NEWNAN DIVISION

2018 JUN 11  AM 9:12

M. REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1  **104 Jasmine Lane**
Street address, if available, or other description

LaGrange     GA     30241
City         State  ZIP Code

Troup
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?
$ 150,000.00                              $ 150,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2  _____
Street address, if available, or other description

_____
City         State  ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?
$_____                                 $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Debtor 1  Ronald W. Houchins           Case number (if known) 17-11189-whd
          First Name  Middle Name  Last Name

1.3.
Street address, if available, or other description

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

City          State    ZIP Code

County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ............................................................➔  $_____

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☐ Yes

3.1. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

If you own or have more than one, describe here:

3.2. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $_____

Debtor 1   Ronald           W.            Houchins            Case number (if known) 17-11189-whd
           First Name   Middle Name    Last Name

| 3.3. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: _____ | ❏ Debtor 1 only | |
| | Year: _____ | ❏ Debtor 2 only | |
| | Approximate mileage: _____ | ❏ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | ❏ At least one of the debtors and another | |
| | | ❏ **Check if this is community property** (see instructions) | $_____    $_____ |

| 3.4. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: _____ | ❏ Debtor 1 only | |
| | Year: _____ | ❏ Debtor 2 only | |
| | Approximate mileage: _____ | ❏ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | ❏ At least one of the debtors and another | |
| | | ❏ **Check if this is community property** (see instructions) | $_____    $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ❏ No
   ❏ Yes

| 4.1. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: _____ | ❏ Debtor 1 only | |
| | Year: _____ | ❏ Debtor 2 only | |
| | Other information: | ❏ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | | ❏ At least one of the debtors and another | |
| | | ❏ **Check if this is community property** (see instructions) | $_____    $_____ |

If you own or have more than one, list here:

| 4.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: _____ | ❏ Debtor 1 only | |
| | Year: _____ | ❏ Debtor 2 only | |
| | Other information: | ❏ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | | ❏ At least one of the debtors and another | |
| | | ❏ **Check if this is community property** (see instructions) | $_____    $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................... →  | $_____ |

Debtor 1  Ronald W. Houchins     Case number (if known) 17-11189-whd
         First Name  Middle Name  Last Name

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☐ Yes. Describe.........                                                              $_____

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☐ Yes. Describe..........                                                             $_____

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☐ Yes. Describe..........                                                             $_____

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☐ Yes. Describe..........                                                             $_____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☐ Yes. Describe..........                                                            $_____

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☐ Yes. Describe..........                                                            $_____

12. **Jewelry**

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☐ Yes. Describe..........                                                            $_____

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☐ Yes. Describe...........                                                           $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☐ Yes. Give specific information. ...............                                    $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................→   $_____

Official Form 106A/B                    Schedule A/B: Property                          page 4

Debtor 1  Ronald           W.              Houchins          Case number (if known) 17-11189-whd
         First Name   Middle Name    Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

❏ No
❏ Yes........................................................................................................................................  Cash: ........................  $_____

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

❏ No
❏ Yes .....................                        Institution name:

                17.1. Checking account:          _____    $_____
                17.2. Checking account:          _____    $_____
                17.3. Savings account:           _____    $_____
                17.4. Savings account:           _____    $_____
                17.5. Certificates of deposit:   _____    $_____
                17.6. Other financial account:   _____    $_____
                17.7. Other financial account:   _____    $_____
                17.8. Other financial account:   _____    $_____
                17.9. Other financial account:   _____    $_____

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

❏ No
❏ Yes .................    Institution or issuer name:

                                                                                                   $_____
                                                                                                   $_____
                                                                                                   $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

❏ No                    Name of entity:                                    % of ownership:
❏ Yes. Give specific                                                       0%    %         $_____
   information about    _____            0%    %         $_____
   them.........................   _____  0%    %         $_____

Debtor 1   Ronald              W.              Houchins                    Case number (if known) 17-11189-whd
           First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ❏ No
    ❏ Yes. Give specific      Issuer name:
       information about
       them........................  _____   $_____
                                     _____   $_____
                                     _____   $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ❏ No
    ❏ Yes. List each
       account separately.   Type of account:        Institution name:

                             401(k) or similar plan: _____    $_____
                             Pension plan:           _____    $_____
                             IRA:                    _____    $_____
                             Retirement account:     _____    $_____
                             Keogh:                  _____    $_____
                             Additional account:     _____    $_____
                             Additional account:     _____    $_____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ❏ No
    ❏ Yes.........................                   Institution name or individual:

                             Electric:               _____    $_____
                             Gas:                    _____    $_____
                             Heating oil:            _____    $_____
                             Security deposit on rental unit: _____   $_____
                             Prepaid rent:           _____    $_____
                             Telephone:              _____    $_____
                             Water:                  _____    $_____
                             Rented furniture:       _____    $_____
                             Other:                  _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ❏ No
    ❏ Yes.........................  Issuer name and description:
                                     _____   $_____
                                     _____   $_____
                                     _____   $_____

Official Form 106A/B                          **Schedule A/B: Property**                                    page 6

Debtor 1  Ronald           W.          Houchins           Case number (if known) 17-11189-whd
          First Name   Middle Name   Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ❏ No
    ❏ Yes .................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ❏ No
    ❏ Yes. Give specific
       information about them....                                                                              $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ❏ No
    ❏ Yes. Give specific
       information about them....                                                                              $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ❏ No
    ❏ Yes. Give specific
       information about them....                                                                              $_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ❏ No
    ❏ Yes. Give specific information
       about them, including whether                           Federal:     $_____
       you already filed the returns                           State:       $_____
       and the tax years. .......................             Local:       $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ❏ No
    ❏ Yes. Give specific information..............
                                                               Alimony:             $_____
                                                               Maintenance:         $_____
                                                               Support:             $_____
                                                               Divorce settlement:  $_____
                                                               Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ❏ No
    ❏ Yes. Give specific information..............                                                              $_____

Official Form 106A/B                    **Schedule A/B: Property**                                              page 7

| Debtor 1 | Ronald | W. | Houchins | Case number (if known) 17-11189-whd |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☐ Yes. Give specific information..............

$

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☐ Yes. Describe each claim. ....................

$

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☐ No

☑ Yes. Describe each claim. .................... Claim for Quiet Title, Declaratory and Injunctive Relief and damage   $   150,000.00

### 35. Any financial assets you did not already list

☐ No

☐ Yes. Give specific information............

$

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ..................................................................................................................................➔

$

---

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?

☐ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 38. Accounts receivable or commissions you already earned

☐ No

☐ Yes. Describe.......

$

### 39. Office equipment, furnishings, and supplies
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe.......

$

Official Form 106A/B                Schedule A/B: Property                page **8**

| Debtor 1 | Ronald | W. | Houchins | Case number (if known) 17-11189-whd |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

❏ No
❏ Yes. Describe....... $ _____

**41. Inventory**

❏ No
❏ Yes. Describe....... $ _____

**42. Interests in partnerships or joint ventures**

❏ No
❏ Yes. Describe.......  Name of entity:                                                                    % of ownership:
                                                                                                           _____ %    $ _____
                                                                                                           _____ %    $ _____
                                                                                                           _____ %    $ _____

**43. Customer lists, mailing lists, or other compilations**

❏ No
❏ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ❏ No
   ❏ Yes. Describe....... $ _____

**44. Any business-related property you did not already list**

❏ No
❏ Yes. Give specific information .........
   $ _____
   $ _____
   $ _____
   $ _____
   $ _____
   $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ..................................................➔  $ _____

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

❏ No. Go to Part 7.
❏ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

❏ No
❏ Yes ........................

$ _____

Debtor 1  Ronald W. Houchins  Case number (if known) 17-11189-whd
         First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
   - ☐ No
   - ☐ Yes. Give specific information............  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ☐ Yes........................  $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☐ No
   - ☐ Yes........................  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☐ No
   - ☐ Yes. Give specific information............  $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** →  $_____

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☐ No
   - ☐ Yes. Give specific information............  $_____
                                                    $_____
                                                    $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** →  $_____

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .................................................................................................... →  $_____

56. Part 2: Total vehicles, line 5              $_____

57. Part 3: Total personal and household items, line 15   $_____

58. Part 4: Total financial assets, line 36    $_____

59. Part 5: Total business-related property, line 45   $_____

60. Part 6: Total farm- and fishing-related property, line 52   $_____

61. Part 7: Total other property not listed, line 54   +$_____

62. **Total personal property.** Add lines 56 through 61. .................  $_____  Copy personal property total → +$_____

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 .............................................................  $_____

Official Form 106A/B                    Schedule A/B: Property                    page **10**

# RONALD W. HOUCHINS, B.S., J.D.

## 104 Jasmine Lane

## Lagrange, GA 30241

February 26, 2018

Theo Davis Mann, Esquire
Mann and Wooldridge, P.C
28 Jackson Street
Newnan GA 30263

Re: Amendment to my Chapter 7 Bankruptcy, In re Ronald W. Houchins, Case No. 17-11189-WHD

Dear Mr. Mann,

I am writing to you to include an amendment to my Chapter 7 Bankruptcy Case filing in the above-referenced Case. You are the Trustee in that Case. Specifically, I am amending Schedule A/B item no. 34, which is "other contingent and unliquidated claims of every nature including counter. claims of the debtor and rights to set off claims".

I believe that I may have a claim for Quiet Title, Declaratory and Injunctive Relief and for Wrongful Foreclosure against Wilmington Trust National Association as a result of a non-judicial foreclosure of my property at 104 Jasmine Lane, LaGrange, Georgia on December 5, 2017. The basis for my claim is that the predecessor in interest, Wells Fargo Bank, N.A. had previously conveyed all of it's right, title and interest in and to the note and security deed to another entity, Kondaur Capital Corp. of Orange, CA in 2009 and therefore had no legal interest to convey to Wilmington Trust National Association by Assignment in 2016. Although Wilmington Trust lacked standing, It

foreclosed anyway, which foreclosure was and is wrongful, giving rise to my potential claim.

Please advise by return mail or email, whether your office, as Trustee, would have any interest in pursuing a claim for wrongful foreclosure against Wilmington Trust National Association on behalf of the Debtor's bankrupt estate. If not please notify me in writing that the Trustee abandons any interest in said claim so that I may pursue the claim in State Court. I would note that in your earlier Report of No Distribution back on August 29, 2017 that you had abandoned your interest in the assets of the estate. Please reply at your earliest convenience.

Very truly yours,

Ronald W, Houchins

Phone: (404) 673-5736

Email: ronaldhouchins@aol.com.